# EXHIBIT 1 -
## Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-441-233**

**Effective Date of Registration:**
December 30, 2024
**Registration Decision Date:**
April 11, 2025

---

## Title

**Title of Work:** Monster truck cars seamless pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 18, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Marina Smorodinskaia
  **Author Created:** photograph, 2-D artwork
  **Citizen of:** Russia
  **Domiciled in:** Russia
  **Anonymous:** No

## Copyright Claimant

**Copyright Claimant:** Sci Spark LLC
8 The Green, Suite B, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Sci Spark LLC
**Address:** 8 The Green, Suite B
Dover, DE 19901 United States

## Certification

**Name:** Sci Spark LLC

Page 1 of 2