UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>   Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br>   Defendants. | Case No. 25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff Sci Spark LLC, ("Plaintiff") seeks to extend the Temporary Restraining Order entered by the Court on October 28, 2025 ("TRO") [23] for a period of fourteen (14) days until November 21, 2025, and to continue the show cause hearing currently set for November 7, 2025, to November 21, 2025.

This Court entered the TRO against the Defendants identified on Schedule A to the Complaint on October 28, 2025 ("TRO") [23]. The TRO expires on November 7, 2025. On October 28, 2025, the TRO was served on third parties providing services for the Defendants. Declaration of Michael Mitchell at ¶ 3. Plaintiff plans to freeze financial accounts identified by the third parties in accordance with the TRO. *Id*. As of November 4, 2025, he three third party providers have not responded to Plaintiff's discovery requests, and they are still in the process of complying with the TRO. *Id*.

Pursuant to Federal Rule of Civil Procedure 65, a TRO can be entered for 14 days and can be extended for good cause for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause

to extend the TRO because there is a high probability the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore accounts. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until November 21, 2025, and that the show cause hearing be continued for a period of fourteen (14) days until November 21, 2025.

Further, in the event that the show cause hearing regarding conversion of the TRO into a Preliminary Injunction occurs after the date of November 21, 2025, Plaintiff respectfully requests that the TRO remain in effect until entry of a Preliminary Injunction Order by this Court to maintain the status quo.

Date: November 4, 2025

Respectfully submitted,

By: /s/ Michael Mitchell
Michael Mitchell IL #6324363
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*