UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>   Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>   Defendants. | Case No. 25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

## STATUS REPORT

  Plaintiff Sci Spark LLC, ("Plaintiff"), by and through its undersigned counsel, submits this Status Report pursuant to the Court's Order dated October 28, 2025, at Docket No. 24, requiring Plaintiff to supplement the record, and states the following:

1. As to each Defendant, the Plaintiff has not previously brought any action, claim or proceeding in any court or tribunal in which Plaintiff sought to enforce the same copyright claim against the same Defendant.

2. Plaintiff is not aware if any of the defendants are enjoined, or previously have been enjoined, by any other TRO or preliminary injunction for copyright infringement or similar unlawful conduct in any U.S. jurisdiction.

3. Currently, Plaintiff is unable to update the Court with the requested information regarding the amount of assets restrained for the Defendants, as the Third Party Service Providers are still in the process of complying with the Temporary Restraining Order entered by the Court

on October 28, 2025. Dkt. No. 23. Plaintiff will file a subsequent status report with the Court after the Third Party Service Providers provide the requested expedited discovery.

Date: November 5, 2025

Respectfully submitted,

By: */s/ Michael Mitchell*
Michael Mitchell IL 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*