## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No. 2:25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

### PRAECIPE TO ISSUE SUMMONS

To the Clerk of Court for the Western District of Pennsylvania, and pursuant to the Temporary Restraining Order entered by the Hon. W. Scott Hardy on October 28, 2025, please issue the Summons in a Civil Action as attached to this praecipe as Attachment A.

Date: November 11, 2025

Respectfully submitted,

By: /s/ Michael Mitchell
Michael Mitchell IL 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (412) 589-0935
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*