# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　Defendants. | Case No. 25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

## STATUS REPORT

Plaintiff Sci Spark LLC, ("Plaintiff"), by and through its undersigned counsel, submits this Status Report pursuant to the Court's Order dated October 28, 2025, at Docket No. 24, requiring Plaintiff to supplement the record, and states the following:

As to the Defendants utilizing the Amazon online marketplace, a total of approximately $651,164.13 is currently restrained. The Amazon Defendants with more than $10,000.00 restrained are outlined in the table below. As to the Defendants utilizing the Walmart online marketplace, a total of approximately $13,437.06 is currently restrained with no Defendants with assets totaling more than $10,000.00 restrained. As to the Defendants utilizing the Temu online marketplace, Plaintiff has not yet received additional expedited discovery from Temu indicating the amount of assets restrained as to the Defendants.

| **DOE** | **Defendant** | **Amount Restrained** |
|---|---|---|
| 8 | Armanity | 44,008.12 |
| 14 | BlessLiving Home | $65,009.80 |

| 17 | BoboKing-store | $37,336.83 |
| 19 | CaLen | $30,092.14 |
| 25 | cmamzon2013 | $22,349.05 |
| 27 | Dingchuang | $12,551.70 |
| 30 | Estamico | $11,842.17 |
| 55 | KANEPE | $14,078.47 |
| 86 | ShoPen | $67,546.57 |
| 93 | Tkria-store | $32,996.79 |
| 98 | VZZNN | $139,266.74 |
| 114 | zhihuzeng | $10,255.55 |

Date: November 19, 2025

Respectfully submitted,

By: */s/ Michael Mitchell*
Michael Mitchell IL 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: mmitchell@whitewoodlaw.com

*Counsel for Plaintiff*