IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 25-cv-1678<br><br>Judge Hardy |

## HEARING MEMO ON SHOW CAUSE HEARING

Before Judge W. Scott Hardy

Appeared for Plaintiff:                              Appeared for Defendants:

Michael Mitchell, Esq. _____              N/A_____

Hearing begun      11/20/25 at 11:30 a.m.      Hearing adjourned to   N/A_____
Hearing concluded  11/20/25 at 11:45 a.m.      Stenographer    M. Moore_____
                                                Clerk: K. Sheets_____

The Court held a Show Cause Hearing pursuant to the Temporary Restraining Order entered previously in this matter. Despite being properly served, no appearances were entered on behalf of Defendants and no one appeared during today's proceedings. After careful consideration of the record, the Court entered the proposed Preliminary Injunction Order.

An appropriate Order will follow.