UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>   Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>   Defendants. | Case No. 25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

## STATUS REPORT

Plaintiff Sci Spark LLC, ("Plaintiff"), by and through its undersigned counsel, submits this Status Report pursuant to the Court's Order dated October 28, 2025, at Docket No. 24, requiring Plaintiff to supplement the record, and states the following:

As to the Defendants, who have not been dismissed, and who utilize the Temu online marketplace, a total of approximately $111,577.20 is currently restrained. The Temu Defendants with more than $10,000.00 restrained is limited to Defendant #124 ART BED[1], with $45,958.93 currently restrained.

---

[1] Plaintiff has reached a settlement agreement in principle with this Defendant and anticipates their dismissal from this matter shortly.

| | |
|---|---|
| Date: December 29, 2025 | Respectfully submitted,<br><br>By: */s/ Michael Mitchell*<br>Michael Mitchell IL 6324363<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (917) 858-8018<br>Email: mmitchell@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |