# Schedule A

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | 80SDESIGN | Amazon | A1ZJCQ52K6IY61 |
| 2 | AGONA | Amazon | A277OFVFMWU8BD |
| 3 | AIDEE-US | Amazon | A4FUXIA4GL3GN |
| 4 | AILONEN | Amazon | ASMOSQHGM0HVH |
| 5 | Ajusmeau | Amazon | A3MI0JG0TX9JMT |
| 6 | Amaze-Meet | Amazon | A1D6139YUYNM59 |
| 7 | AprilCustomStudio | Amazon | AYS8CGE62CYVI |
| 8 | Armanity | Amazon | A34MEBEO076VH4 |
| 9 | asdfghjkl365 | Amazon | A1GRUXCFVD6WA8 |
| 10 | Ausurya | Amazon | A6OA4YJRLGGOM |
| 11 | Beautiful Quality Home Shop | Amazon | A32VLU9H0PB1YN |
| 12 | BeLOL | Amazon | ADI5TKWFJPXPK |
| 13 | bishukeji-EU | Amazon | A1CREZANSFK0DV |
| 14 | BlessLiving Home | Amazon | A37N961FJS6W3W |
| 15 | BLUEER | Amazon | A3A5ZNBPH884RC |
| 16 | BOB Baby | Amazon | AZM2ANUS2BJD3 |
| 17 | BoboKing-store | Amazon | A47NCRRWNIKL8 |
| 18 | BOXIMIAO | Amazon | A1IWMZQOSA6JXV |
| 19 | CaLen | Amazon | AWRA9X2JAUOS2 |
| 20 | CEBUGI | Amazon | A3FXOBRD0DG6VX |
| 21 | CENXINL | Amazon | ALYEQ7PP4PEPR |
| 22 | ChengHaoKeJi | Amazon | A1CKV33MKJSPT9 |
| 23 | CHREEYY | Amazon | A1R9RES5BGXRPN |
| 24 | ChuanBi-Store | Amazon | A15SAY4QF95O8N |
| 25 | cmamzon2013 | Amazon | A23IIFR1U0BKU6 |
| 26 | Cubiric | Amazon | A1VEQTIJE2Z96Z |
| 27 | dingchuang | Amazon | A9E57J6J2FL99 |
| 28 | Duduho | Amazon | A2LERSN5U7OFF6 |
| 29 | Dushuame | Amazon | A3JFISNQ35798A |
| 30 | Estamico | Amazon | A1Q4EAU3OTUAG9 |
| 31 | Floral Boom | Amazon | A3TIG2312BQBEF |
| 32 | FuLangAAA | Amazon | A23RGLD5DWNN7U |
| 33 | Funny DIY Life | Amazon | A1U8A5TE9X9MPX |
| 34 | Gbuzozie | Amazon | A2OF0DBJ4MC5ZP |
| 35 | gousllo | Amazon | A34HFF8PN7PBAL |
| 36 | guangzhouyuanxudianzishangwuyouxiangongsi | Amazon | A2VL46QOP51ZWN |
| 37 | GUIYU | Amazon | ATS1GO4U9DLOK |

| 38 | hagame | Amazon | A1UA86R5XELP6Z |
| --- | --- | --- | --- |
| 39 | halook | Amazon | A2G2G5FOUBOV40 |
| 40 | HFSKFAS | Amazon | AQX0JQO9HI9VZ |
| 41 | HKHEHOP | Amazon | A3433ZF9VBWZXO |
| 42 | Hlhlq | Amazon | A1NTHY6DXXSON |
| 43 | Holawakaka | Amazon | A2OFCXJE3JVD2V |
| 44 | Huryilo | Amazon | A38P9FDKKIF4OU |
| 45 | HUSSRITY | Amazon | ALBWA5UHK6FK7 |
| 46 | JADERYS | Amazon | A1NYRXPCFVXFP0 |
| 47 | JanJCurt | Amazon | A2PK3L7329C3J5 |
| 48 | Jbofyee | Amazon | A3STGV1WG5EIEH |
| 49 | Jiaaqii | Amazon | A3VTIWXGS0W5NZ |
| 50 | JiNanMengWangXuan | Amazon | A1181JACVD36M1 |
| 51 | JNMXSMY | Amazon | A27L0G7UI74OW |
| 52 | Jockphry shops | Amazon | A1OYEE6MKYMIOA |
| 53 | JONYEE | Amazon | A1XPLM1A229MJS |
| 54 | Kaltoon | Amazon | A318F0XTA38ZI1 |
| 55 | KANEPE | Amazon | A2IAP1XHHWEYB0 |
| 56 | koodprint | Amazon | AO4J4ERUPTC13 |
| 57 | KUIZEE | Amazon | A3FYDZ0DE9XDGB |
| 58 | Kurtect | Amazon | A2TRAFJ0NF50RU |
| 59 | lamumu | Amazon | A1K8ZMJ094ML36 |
| 60 | LanKen | Amazon | A3RU86RBWBTTTY |
| 61 | linjunlinjunlinjun | Amazon | AW23LQDA59LPL |
| 62 | LiRenJie12 | Amazon | A2Y1IBGTWU1VD1 |
| 63 | littlehand | Amazon | A22IGOSK5XSEDQ |
| 64 | lneffble bedding | Amazon | AH9WL6NGP8O1F |
| 65 | Lovely Personalized Gift | Amazon | A35PE3Z2TH9C43 |
| 66 | lovestorystore | Amazon | A1IKUAHY0MCIPE |
| 67 | Luck-Kie | Amazon | A3G07YV2D9RSFH |
| 68 | lusen87727 | Amazon | A29O24PAP4FSP9 |
| 69 | Marhabaing | Amazon | A2EQNQFURPVAC2 |
| 70 | metusku | Amazon | A3DJYS6HKEXNHA |
| 71 | MogifedcUS | Amazon | A2PKNIU3C22GZO |
| 72 | MOYYO | Amazon | A36UDPHXU8B6VP |
| 73 | mxllnbf Store | Amazon | ACM9K4TMMWXH5 |
| 74 | Naivete-direct | Amazon | A114NIL56YYAUZ |
| 75 | Nangou | Amazon | A1GHU7XHRAOQ0C |
| 76 | NG Direct | Amazon | ADEP1S065PSFO |
| 77 | okwers | Amazon | AQYHJYJ2NZRVE |
| 78 | otesser | Amazon | A1OR44FKZAYKPL |

| | | | |
|---|---|---|---|
| 79 | Ottoy | Amazon | A3GMIUMU7NZJRG |
| 80 | OTVEE | Amazon | A2BANUIAAFTP3G |
| 81 | Perinsto | Amazon | ASF6RZNSVYYLH |
| 82 | Phuong Beou | Amazon | A2QOQ7C2PNNU31 |
| 83 | RenZehui39 | Amazon | A3H52RGVPH7J2A |
| 84 | Ryushoyo | Amazon | A2PF78EWSC8DPB |
| 85 | shangshuaijie | Amazon | A2QHBFB2CQQH1H |
| 86 | ShoPen | Amazon | A26WY76VQNYVRC |
| 87 | Splwsm | Amazon | A20QR8JZVVYC2C |
| 88 | SUNDEE | Amazon | A37V3MWG863EH6 |
| 89 | sunyifan5538 | Amazon | A1XW9J5F2SWX35 |
| 90 | suyeee | Amazon | A2M7G4J981O9HK |
| 91 | T&Sdisorientation | Amazon | A20HRG4Z5QNJL3 |
| 92 | Titiweet | Amazon | AHOGL5TDEHOEE |
| 93 | Tkria-store | Amazon | A2A612X1TTOUR9 |
| 94 | TULIMET | Amazon | A1HTX5LN38C6GY |
| 95 | undying store | Amazon | A3VZ81GTKXE59Q |
| 96 | velumair | Amazon | A1XWE8V773PEPR |
| 97 | VIGTRO | Amazon | AZ0LA67RZRDBX |
| 98 | VZZNN | Amazon | AGXKUSIMZ7PT5 |
| 99 | WAAGOGO | Amazon | A3ROYEWE45JIII |
| 100 | wangyi7125 | Amazon | A2N2TW24IVM69N |
| 101 | Wusikd | Amazon | A2XA8SYYE76ISX |
| 102 | xiamenzhangliangquwangluokejiyouxiangongsi | Amazon | A1J1ALZ2AE9TS1 |
| 103 | XINGMAI HOME GARDEN | Amazon | A3DJD5Q4QMPVK0 |
| 104 | Xmxhs | Amazon | AY60Y6MVP69C3 |
| 105 | Yazzy Store | Amazon | A29DY3JD3F1JKJ |
| 106 | YcLenYo | Amazon | AD6WAGBTOHEN4 |
| 107 | Yeahoot | Amazon | A2WL5HK6KGVKSN |
| 108 | YesCustom | Amazon | AX2JA0UR1VGCA |
| 109 | YNNALE | Amazon | A3V3I38C70QJPP |
| 110 | Youjia Store | Amazon | A9JHJ9Y0Z8TSK |
| 111 | Yujia Quality Home Design | Amazon | A2K2V8TK2QLJ7U |
| 112 | YXXCM | Amazon | A3NAFGGOWQR5N8 |
| 113 | zhangchaodong | Amazon | A58HBH72EJH5L |
| 114 | zhihuzeng | Amazon | A21SEZJEB56VUQ |
| 115 | ZhoLing | Amazon | A1I6MUZ1I658DH |
| 116 | Zminciu Store | Amazon | A2CGMJFF9LA9DN |
| 117 | ZOOMYEE TECHNOLOGY CO., LTD. | Amazon | A3MNMLS7XNZ9BI |
| 118 | ZZKKO | Amazon | A29E4OT8KZUM8M |

| | | | |
|---|---|---|---|
| 119 | A3AK3XVJOQVZBQ (洪洞县诸倾科技有限公司) | Amazon | A3AK3XVJOQVZBQ |
| 120 | A2QPXTD26DVICR (相予商贸) | Amazon | A2QPXTD26DVICR |
| 121 | AhDmQy | Temu | 634418211749226 |
| 122 | Amazing Home Textile | Temu | 634418215845501 |
| 123 | Andy bag | Temu | 634418214841274 |
| 124 | ART BED | Temu | 634418224087882 |
| 125 | AXFamily | Temu | 634418218749956 |
| 126 | Buckliss | Temu | 634418224010580 |
| 127 | CosenMarketplace | Temu | 634418223347924 |
| 128 | Cozy Cottage Creations | Temu | 634418217700347 |
| 129 | Creat Curtains | Temu | 634418219759717 |
| 130 | Crownre | Temu | 634418222028113 |
| 131 | Customized avatar photo name age | Temu | 634418224211245 |
| 132 | Dinora local | Temu | 634418215477066 |
| 133 | DreamTextile Inc | Temu | 634418215099615 |
| 134 | Dusk Dawn Blankets | Temu | 634418219888667 |
| 135 | EleganceExchange | Temu | 634418222305207 |
| 136 | EverSoft Blankets | Temu | 634418221527714 |
| 137 | FamilyShopD | Temu | 634418219642049 |
| 138 | Floral R | Temu | 634418223998463 |
| 139 | FuzzyFiesta | Temu | 634418219412893 |
| 140 | GentlePigments | Temu | 634418224492936 |
| 141 | GiftWarmth Blanket | Temu | 634418224403697 |
| 142 | Globargains | Temu | 634418217761750 |
| 143 | GlossyKing | Temu | 634418216946699 |
| 144 | Green Leaf Textile | Temu | 634418211104065 |
| 145 | Heershop | Temu | 634418223405849 |
| 146 | HLJP F | Temu | 634418217433619 |
| 147 | HLJP FF | Temu | 634418218965165 |
| 148 | PJM I | Temu | 634418218315596 |
| 149 | HLJP II | Temu | 634418218802474 |
| 150 | Homie Texile | Temu | 634418220817712 |
| 151 | Javikry | Temu | 634418221981635 |
| 152 | JINGJINGYI | Temu | 634418223202439 |
| 153 | Leenoda | Temu | 634418224010042 |
| 154 | LI AO Virgo | Temu | 634418218461497 |
| 155 | lightweight Blanket | Temu | 634418224404504 |
| 156 | LINJINFUSHI | Temu | 634418213938305 |
| 157 | LoomRoots | Temu | 634418221601817 |
| 158 | LWMY | Temu | 634418224451224 |

| | | | |
|---|---|---|---|
| 159 | Poising | Temu | 634418216130508 |
| 160 | pollenor | Temu | 634418223847680 |
| 161 | Professional Blanket Delivery | Temu | 634418222924074 |
| 162 | PureSnug Blankets | Temu | 634418221516386 |
| 163 | Queensen | Temu | 634418223409147 |
| 164 | Senous | Temu | 634418223896434 |
| 165 | Stitchify | Temu | 634418219389869 |
| 166 | SZWKS | Temu | 634418223305796 |
| 167 | TELS | Temu | 634418223391124 |
| 168 | The Blanket Haven | Temu | 634418222744596 |
| 169 | THYM | Temu | 634418222247218 |
| 170 | Trojan | Temu | 634418220531156 |
| 171 | VelvetHug Home | Temu | 634418223116493 |
| 172 | xunlix | Temu | 634418221777980 |
| 173 | Yiwu Jingxu Home Textile Co | Temu | 601099742053915 |
| 174 | Yiwu Jumeng CIthing | Temu | 634418212142387 |
| 175 | YIYOUZOOM | Temu | 634418223606999 |
| 176 | YOUYIZOOM | Temu | 634418223603786 |
| 177 | Yuehuashop | Temu | 634418220340763 |
| 178 | ZOOMYOUYI | Temu | 634418221718881 |
| 179 | ZY Banner | Temu | 634418224499041 |
| 180 | ZzzPrint Studio | Temu | 634418224291875 |
| 181 | A Treasure Shop | Walmart | 102929584 |
| 182 | Dance Joy Square Company | Walmart | 101641520 |
| 183 | Home Boutique Corner | Walmart | 101276087 |
| 184 | Mr chen | Walmart | 102739645 |
| 185 | quanzhoushichenxiaoguangmaoyiyouxiangongsi | Walmart | 101646708 |
| 186 | rongtangmaoyi | Walmart | 101557794 |
| 187 | zhanchunxia | Walmart | 101645465 |
| 188 | zhuzhenyu | Walmart | 101331262 |