UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>80SDESIGN, et al.,<br><br>Defendants. | Case No. 25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AIDEE-US | 3 |
| AprilCustomStudio | 7 |
| asdfghjkl365 | 9 |
| Ausurya | 10 |
| Beautiful Quality Home Shop | 11 |
| bishukeji-EU | 13 |
| BlessLiving Home | 14 |
| BLUEER | 15 |
| BOB Baby | 16 |
| cmamzon2013 | 25 |
| Duduho | 28 |
| Funny DIY Life | 33 |
| guangzhouyuanxudianzishangwuyouxiangongsi | 36 |
| hagame | 38 |
| HKHEHOP | 41 |
| Hlhlq | 42 |
| Holawakaka | 43 |
| JADERYS | 46 |

| | |
|---|---|
| JanJCurt | 47 |
| Jiaaqii | 49 |
| JNMXSMY | 51 |
| JONYEE | 53 |
| KANEPE | 55 |
| koodprint | 56 |
| KUIZEE | 57 |
| Kurtect | 58 |
| lamumu | 59 |
| littlehand | 63 |
| Marhabaing | 69 |
| metusku | 70 |
| Naivete-direct | 74 |
| okwers | 77 |
| otesser | 78 |
| Ottoy | 79 |
| shangshuaijie | 85 |
| Splwsm | 87 |
| SUNDEE | 88 |
| sunyifan5538 | 89 |
| TULIMET | 94 |
| VIGTRO | 97 |
| Xmxhs | 104 |
| Yeahoot | 107 |
| YesCustom | 108 |
| Youjia Store | 110 |
| Yujia Quality Home Design | 111 |
| zhihuzeng | 114 |
| ZOOMYEE TECHNOLOGY CO., LTD. | 117 |
| Customized avatar photo name age | 131 |
| GentlePigments | 140 |
| JINGJINGYI | 152 |
| LWMY | 158 |
| pollenor | 160 |
| Senous | 164 |
| Stitchify | 165 |
| TELS | 167 |
| THYM | 169 |
| Yiwu Jumeng CIthing | 174 |
| Yuehuashop | 177 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: January 13, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*