UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC,<br><br>      Plaintiff,<br><br>v.<br><br>80SDESIGN, et al.,<br><br>      Defendants. | Case No. 2:25-cv-1678<br><br>**Judge Hon. W. Scott Hardy** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Cozy Cottage Creations | 128 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: February 3, 2026 | Respectfully submitted, |
| | By: /s/ Keaton Smith<br>Keaton Smith, IL #6347736<br>Shengmao (Sam) Mu, NY #5707021<br>Abby Neu, IL #6327370<br>Michael Mitchell, IL #6324363<br>Ryan E. Carreon, DE #7305<br>**WHITEWOOD LAW PLLC**<br>57 West 57th Street, 3rd and 4th Floors<br>New York, NY 10019<br>Telephone: (872) 294-3799<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |