**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SCI SPARK LLC,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

      Defendants.

Case No. 25-cv-1678

**Judge Hon. W. Scott Hardy**

## STATUS REPORT

Plaintiff Sci Spark, LLC, ("Plaintiff"), by and through its undersigned counsel, submits this Status Report pursuant to the Court's Order dated April 14, 2026, Dkt. No. 69, which requested updated status on the Defendants remaining in this case. Plaintiff states the following:

1.     Defendants Dinora Local (Def. 132), The Blanket Heaven (Def. 168), xunlix (Def. 172), and VelvetHug Home (Def. 171) reached out to Plaintiff to negotiate a group settlement. Those settlement negotiations are still ongoing, but once the parties have reached an agreement, Plaintiff will move to dismiss those Defendants from this case. If the status changes otherwise, Plaintiff will file another status report with the Court.

Date: May 4, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: 872-294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*